UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVIONNA HOLMES, | ) |
| | ) |
| Plaintiff, | ) Case: 4:22-cv-01380 |
| | ) |
| v. | ) |
| | ) |
| MENARD, INC., | ) |
| | ) |
| Defendant. | ) Jury Trial Demanded |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Davionna Holmes ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Menard, Inc. ("Defendant").

Dated this 31st day of March, 2023.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**
IL Bar No.: 6302103
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
E-mail: nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2023, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

Lydia Murphy, Esq.
Menard, Inc. (In-House Counsel)
126 Northpoint Drive
Houston, TX 77060
lmurphy@menard-inc.com
*Attorney for Defendant*

>/s/ *Nathan C. Volheim*
>NATHAN C. VOLHEIM, ESQ.